No. 48620.—Protests 4015–K, etc., of Kirsch Bros. Co., Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that certain of the cheese in question is similar to that involved in Abstracts 39667 and 40880 and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith the claim for an allowance of 2½ percent in the weight was sustained as to these items.

No. 48621.—Protests 595607–G, etc., of Vincenzo Sabella & Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that involved in Abstract 42146 and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith the claim for an allowance of 2½ percent in the weight was sustained.

No. 48622.—Protests 870419–G, etc., of Kraft Phenix Cheese Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that involved in Abstract 48269. In accordance therewith the claim for an allowance of 2½ percent in the weight was sustained.

No. 48623.—Protests 684845–G, etc., of Rosenblum Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that involved in Abstracts 42146 and 48269 and *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith the claim for an allowance of 2½ percent in the weight was sustained.

No. 48624.—Protests 633866–G, etc., of Westergaard Berg Johnsen (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that involved in Abstracts 42146 and 48269 and *Scaramelli & Co.* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith the claim for an allowance of 2½ percent in the weight was sustained.

No. 48625.—Protests 835274–G, etc., of Rosenblum Co. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that involved in Abstract 48269. In accordance therewith the claim for an allowance of 2½ percent in the weight was sustained.